# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2476
_____

DEMARCUS R. LEDENT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Judge.

March 12, 2025

PER CURIAM.

An untimely motion for rehearing does not toll rendition of the underlying order. *See Floyd v. State*, 893 So. 2d 588, 589 (Fla. 1st DCA 2004) ("Because neither the letter nor the subsequently filed motion for rehearing was timely, the time for filing the notice of appeal was not tolled."). We dismiss the untimely appeal for lack of jurisdiction.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Demarcus R. Ledent, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.